# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Charlton, Jesse Troy | Docket No. | 0980 2:21CR00043-TOR-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jesse Troy Charlton, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 13th day of May 2021, under the following conditions:

**Additional Condition #28:**
Defendant shall participate in one or more of the following home confinement program(s):

**GPS Monitoring:** The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Officer shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

AND

**Home Detention:** Defendant shall be restricted to his residence at all times except for attorney visits, court appearances, case-related matters, court-ordered obligation, or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

**Standard Condition #9**
Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Charlton is alleged to have violated additional condition number 28 of his release on July 21, 2021, by leaving his residence without permission of the United States Probation Office.

**Violation #2**: Mr. Charlton is alleged to have violated additional condition number 28 of his release on July 21, 2021, by removing his global positions system (GPS) location monitoring device without permission of the United States Probation Office.

**Violation #3**: Mr. Charlton is alleged to have consumed a controlled substance, methamphetamine, on or about July 21, 2021.

On May 13, 2021, the Honorable Magistrate Judge Rodgers imposed the above conditions of release for Mr. Charlton.

On May 14, 2021, Mr. Charlton was enrolled in the home detention GPS program at his girlfriend's house located at 303 Basin Street NW, Ephrata, Washington.

**Re: Charlton, Jesse Troy**
**July 23, 2021**
**Page 2**

On July 21, 2021, Mr. Charlton's GPS location monitoring device was cut off and he left his approved residence without permission on or about 8:30 p.m. After the GPS location monitoring device was cut off, Mr. Charlton did not respond to officers' attempts to contact him until the following morning.

On July 22, 2021, Mr. Charlton contacted U.S. Probation at 4:40 a.m. and explained that a family member cut off his GPS location monitoring device while he was sleeping. Once he figured out that the GPS device was cut off, he got into an argument with the family members and he left the residence to avoid further issues. He did not have his phone with him and was unable to contact the United States Probation Office. Mr. Charlton was directed to stay at his stepfather's home in Ephrata, Washington, until this officer could arrive to discuss the situation with him.

On July 22, 2021, this officer contacted Mr. Charlton as his stepfather's residence in Ephrata. Mr. Charlton once again explained that his girlfriend's sister has serious mental health issues and earlier in the day, on July 21, 2021, she threatened to cut off his GPS device while he was sleeping. The Defendant went to bed and was woken up after his GPS device was cut off by his girlfriend's sister. Mr. Charlton became upset and started arguing with everyone in the residence. As the argument escalated, Mr. Charlton made the decision to remove himself from the residence in an attempt to de-escalate the situation. Mr. Charlton went to his stepfather's house and stayed there until this officer arrived.

After speaking with Mr. Charlton, this officer contacted the Ephrata Police Department to discuss the situation. EPD confirmed that the individual Mr. Charlton was speaking about does have serious mental health issues and they were not surprised that she should would cut off his GPS device. EPD assisted this officer with going to 303 Basin Street NW, Ephrata, Washington, to retrieve all the GPS equipment. EPD also stated the residence is not a stable supportive environment for Mr. Charlton to reside at and suggested he relocate if he wants to continue to be successful.

This officer reinstalled the GPS equipment on Mr. Charlton and allowed him to relocate to his stepfather's residence. Prior to this officer leaving the residence this officer collected a urinalysis (UA) sample, which returned presumptive positive for the presence of methamphetamine. Mr. Charlton was confronted about the positive drug test and he admitted to consuming methamphetamine after his left his residence last night.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   July 23, 2021 |
| by | s/Phil Casey |
| | Phil Casey<br>U.S. Pretrial Services Officer |

**Re: Charlton, Jesse Troy**
**July 23, 2021**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

July 23, 2021
Date