UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Charlton, Jesse Troy | Docket No. | 0980 2:21CR00043-TOR-5 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jesse Troy Charlton, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 13th day of May 2021, under the following conditions:

**Additional Condition #28:**
Defendant shall participate in one or more of the following home confinement program(s):

**GPS Monitoring:** The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Officer shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

AND

**Home Detention:** Defendant shall be restricted to his residence at all times except for attorney visits, court appearances, case-related matters, court-ordered obligation, or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4**: Mr. Charlton is alleged to have violated additional condition number 28 of his release on August 1, 2021, by removing his global positioning system (GPS) location monitoring device without permission of the United States Probation Office.

On May 13, 2021, the Honorable Magistrate Judge Rodgers imposed the above conditions of release for Mr. Charlton.

On May 14, 2021, Mr. Charlton was enrolled in the home detention GPS program at his girlfriend's house located at 303 Basin Street NW, Ephrata, Washington. On July 22, 2021, Mr. Charlton relocated to his stepfather's residence in Ephrata due to his issues at his original address.

On August 1, 2021, at 10:13 p.m., the United States Probation Office received a strap and proximity tamper alert. These alerts means the strap has been cut off and removed from the defendant's ankle. Officers have been attempting to contact Mr. Charlton since 10:30 p.m. on August 1, 2021, into the morning on August 2, 2021. Mr. Charlton did not responded to this officer's attempts to contact him. At the time this report was written, Mr. Charlton has not returned telephone calls and his current whereabouts is unknown.

PS-8
**Re: Charlton, Jesse Troy**
**August 2, 2021**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: August 2, 2021 |
| by | s/Phil Casey |
|  | Phil Casey<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

August 2, 2021
Date